UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LARRY LEE LONG,<br><br>*Plaintiff,*<br><br>v.<br><br>ELAINA BRADLEY, et al.,<br><br>*Defendants.* | CASE NO. 3:14-cv-180<br><br>JUDGE THOMAS M. ROSE |

**ENTRY AND ORDER OVERRULING LONG'S SUBMISSIONS/OBJECTIONS TO MAGISTRATE JUDGE MERZ'S REPORT AND RECOMMENDATIONS. DOC. 4, 5; ADOPTING MAGISTRATE JUDGE MERZ'S REPORT AND RECOMMENDATIONS DOC. 3.**

Plaintiff Larry Lee Long (Long) brought this action against several individuals, namely Elaina Bradley, Magistrate Patrick B. Phillips, and Detective Stephen King (Defendants) on June 11, 2014. Doc. 2. On June 16, 2014, Magistrate Judge Michael R. Merz (Magistrate Judge Merz) issued a Report and Recommendations recommending that the Complaint be dismissed as frivolous because it does not have an arguable basis in law or fact. Doc. 3. Further, Magistrate Judge Merz's Report and Recommendations recommend that Long's Complaint be dismissed without prejudice. Doc. 3. Subsequently on June 17, 2014, Plaintiff Long submitted a Civil Cover Sheet containing correspondence and on June 18, 2014, Plaintiff Long submitted additional correspondence with the Court. Doc. 4, 5. Although it is unclear, the Court believes

1

that the two documents submitted by the Plaintiff were intended as objections to Magistrate Judge Merz Report and Recommendations. *Id.*

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, if Long's submissions were provided as objections to Magistrate Judge Merz's Report and Recommendations, they are not well-taken, and are hereby OVERRULED. Magistrate Judge Merz's Report and Recommendations is adopted in its entirety.

**DONE** and **ORDERED** in Dayton, Ohio, this Tenth Day of July, 2014.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Larry L. Long at his last address of record